November 14, 1968

## Commonwealth *v.* Berry, Appellant.

Submitted September 9, 1968. *Calvin S. Drayer, Jr.,* and *White and Williams,* for appellant; *Joel Moldovsky* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.